## FLAKE vs. THE STATE.

1. An indictment for playing cards "at a public place" is good.
2. An infirmary is a public place within the statute against gaming.

ERROR to the Circuit Court of Barbour. Tried before the Hon. John D. Phelan.

THE indictment in this case was for playing cards " at a public place." The proof showed that the playing took place in a lower room of a certain building in Eufaula, which room with an adjoining one was used as an infirmary by defendant, who was a physician. It was also proved that the defendant had advertised that he had established an infirmary, into which he would receive and treat diseased negroes, but the particular building in which the patients would be placed was not advertised. The court charged that the place above described was a public place.

P. T. SAYRE, for plaintiff in error.

THE ATTORNEY GENERAL, for the State.

DARGAN, C. J.—The indictment in this case is good according to the case of Roquemore v. State; and we think, that the place at which the playing took place is a public place within the meaning of the act.